IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

  v.

APPLIAN TECHNOLOGIES INC,

    Defendant.
                           /

No. C 09-00228 WHA

**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**

    Plaintiff's motion for temporary restraining order shall be heard on **MONDAY, JANUARY 26, 2009 AT 2:30 P.M.**, and the opposition is due on **FRIDAY, JANUARY 23, 2009**. The Court will not grant a TRO without an opportunity for defendant to be heard. A copy of this order must be served on defendant by **5 P.M. TODAY**.

    **IT IS SO ORDERED.**

Dated: January 20, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE