UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | CASE NO. 09-0228 (WHA) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PERMANENT INJUNCTION |
| APPLIAN TECHNOLOGIES, INC. | [FILED IN PART UNDER SEAL] |
| Defendant. | |

The Court, having considered the stipulation between Plaintiff Adobe Systems Incorporated ("Adobe"), on the one hand, Defendant Applian Technologies, Inc. ("Applian"), on the other hand, the Complaint for Violation of Digital Millennium Copyright Act ("DMCA"), the Application for a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, and the other papers, evidence and arguments presented, and finding that injunctive relief is appropriate, **IT IS HEREBY ORDERED**:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

**PERMANENT INJUNCTION**

1.



a.

b.

c.

2.

ORDER GRANTING PERMANENT INJUNCTION

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES



ORDER GRANTING PERMANENT INJUNCTION

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

10. ████████████████████████████████

**IT IS SO ORDERED.**

DATED:  January 27, 2009

Willia~~~~
Unite~~~~

IT IS SO ORDERED

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING PERMANENT INJUNCTION