1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLIAN TECHNOLOGIES, INC.<br><br>Defendant. | CASE NO. CV-09-0228 WHA<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)] |
|---|---|

**IT IS HEREBY ORDERED**, as stipulated by Plaintiff Adobe Systems Incorporated and Defendant Applian Technologies, Inc., through their respective counsel of record, that all remaining claims in the above-entitled action are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and subject to the Order Granting Permanent Injunction. The Court shall retain continuing jurisdiction to enforce the Permanent Injunction.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

DATED: February 17, 2009



_____
William Alsup
United States District Judge